UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLA VELAZCO,

                Plaintiff,        21-cv-9345 (JGK)

   - against -                   ORDER

TAPUZ, INC., ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during today's teleconference, the time for the defendants to move or answer the plaintiff's complaint is extended to **January 21, 2022**. The plaintiff may respond to any motion by **February 18, 2022**. The defendants may reply by **March 4, 2022**.

SO ORDERED.

Dated:    New York, New York
            December 21, 2021

                                          John G. Koeltl
                                  United States District Judge