UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLA VELAZCO,

                Plaintiff,                21-cv-9345 (JGK)

     - against -                  ORDER

TAPUZ, INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for January 21, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           January 13, 2022

                                          John G. Koeltl
                                     United States District Judge